**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:24-cr-116 |
| | ) | |
| v. | ) | District Judge Travis R. McDonough |
| | ) | |
| ROBERT DANSBY | ) | Magistrate Judge Christopher H. Steger |

**ORDER**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 33) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One, Two, and Three of the three count Indictment; (2) accept Defendant's guilty plea to Counts One, Two, and Three of the three count Indictment; (3) adjudicate Defendant guilty of Count One: attempt to possess with the intent to distribute 400 grams or more of a mixture and substance containing fentanyl in violation of 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(A); (4) adjudicate Defendant guilty of Count Two: attempt to possess with the intent to distribute 500 grams or more of a mixture and substance containing cocaine in violation of 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); (5) adjudicate Defendant guilty of Count Three: possession with the intent to distribute 400 grams or more of a mixture and substance containing fentanyl in violation of 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(A); and (6) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 33) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One, Two, and Three of the three count Indictment is **GRANTED**;
2. Defendant's plea of guilty to Counts One, Two, and Three of the three count Indictment is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of Count One: attempt to possess with the intent to distribute 400 grams or more of a mixture and substance containing fentanyl in violation of 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(A);
4. Defendant is hereby **ADJUDGED** guilty of Count Two: attempt to possess with the intent to distribute 500 grams or more of a mixture and substance containing cocaine in violation of 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(B);
5. Defendant is hereby **ADJUDGED** guilty of Count Three: possession with the intent to distribute 400 grams or more of a mixture and substance containing fentanyl in violation of 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(A); and
6. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **February 12, 2027, at 9:00 a.m.**

**SO ORDERED.**

**/s/*Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**